

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-23-00023-CV

**SHAWN L. DUNN,**

**Appellant**

 **v.**

**JEANNA PEGADO, TDCJ PROGRAM,**

**Appellee**

_____

**From the
County, Texas
Trial Court No.**

---

## MEMORANDUM  OPINION

---

Appellant, Shawn L. Dunn, filed his pro se notice of appeal on January 19, 2023, challenging an order of dismissal signed by a Justice of the Peace.  On January 24, 2023, we sent a letter explaining it does not appear that this Court has jurisdiction over an appeal from a dismissal order signed by a Justice of the Peace.  We also warned appellant that this appeal is subject to dismissal unless, within ten days of our January 24, 2023 letter, a response is filed showing grounds for continuing this appeal.

On February 13, 2023, appellant filed a response. However, he has not adequately explained how this Court has jurisdiction over an appeal from a dismissal order signed by a Justice of the Peace. *See* TEX. R. CIV. P. 506.3 ("The case must be tried de novo in the county court."); *Crumpton v. Stevens*, 936 S.W.2d 473, 476 (Tex. App.—Fort Worth 1996, no writ) ("An appeal from a justice court judgment is tried de novo in the county or district court."); *see also Abbott v. Hearthwood I Ass'n*, No. 14-18-00333-CV, 2020 Tex. App. LEXIS 1814, at *4 (Tex. App.—Houston [14th Dist.] Mar. 3, 2020, no pet.) (mem. op.) ("An appeal from a justice court judgment is tried de novo in the county or district court."). We therefore dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

STEVE SMITH
Justice

Before Chief Justice Gray,
    Justice Johnson,
    and Justice Smith
Appeal dismissed
Opinion delivered and filed March 1, 2023
[CV06]

